SHIRLEE R. GLASSMAN, Plaintiff-Appellee, *v.* ELI GLASSMAN, Defendant-Appellant.

(No. 53689;

*Rehearing denied July 15, 1971.*

*Abstract of Decision*

Opinion by Mr. JUSTICE JONES.

Jerome Berkson, of Chicago, for appellant.

Rinella & Rinella, and Bernard Kaufman, both of Chicago, (Owen L. Doss and Bernard Kaufman, of counsel,) for appellee.